HELENE N. WHITE, Circuit Judge, concurring. I concur in all but the majority’s discussion of 21 U.S.C. § 853(n)(7), which injects an issue, and suggests that the district court should address an issue, that is not presented or addressed by the parties. The United States does not argue that it has a superior right under 21 U.S.C. § 853(n)(7) based on the date the offense was committed,[1] and we should not direct the district court’s attention to the statute in the absence of an assertion by the government that it applies. There is simply no need to guide the analysis of the district court on an issue that is not present in the case. . The United States asserts that "the United States does not have title until the entry of a final order of forfeiture. See 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32,” Appellee Br. 18. It does not assert additional rights under § 853(n)(7).